

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN



GROVER SELLERS

ATTORNEY GENERAL

Honorable P. G. Stanford
County Attorney, Yoakum County
Plains, Texas

Dear Sir:

Opinion No. O-6009
Re: Is it legal for a woman
to teach in a public
school whose brother-in-law
is Trustee of said school?

We are in receipt of your letter of May 5, 1944, in which you request an opinion as to whether or not it would be in violation of Articles 432 and 433, Vernon's Annotated Penal Code, for a lady to teach in a public school whose brother-in-law is trustee of said school.

The only question, therefore, presented is whether the person mentioned by you is related to the trustee within the second degree by affinity or within the third degree by consanguinity.

This department specifically passed on this question in Opinion No. O-2225, holding that such relationship existed that comes within the prohibitions of the statute. Enclosed herewith you will find a copy of said opinion.

It is, therefore, our opinion that the employment of a lady to teach in a public school whose brother-in-law is trustee of said school would be in violation of Articles 432 and 433, Vernon's Annotated Penal Code.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By

W. P. Watts
Assistant

APPROVED OPINION COMMITTEE
BY CHAIRMAN

WPW:LP

Encl.

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT